## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: |
| | : | 3:10-cv-987 (MRK) |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | NOVEMBER 12, 2010 |

### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO *FED. R. CIV. P.* 12 (b) (6)

Plaintiff, Bank of America, N.A., by and through its undersigned counsel, respectfully moves, pursuant to *Fed. R. Civ. P.* 12 (b) (6), to dismiss defendant, Samuel Klein's counterclaims dated September 24, 2010. In particular, defendant expressly waived his right to interpose such claims. Additionally, the vast majority of defendant's counterclaims fail to properly state a valid cause of action either because he lacks standing to assert them, or because they are (for any number of varied reasons) inadequately pled.

Accordingly, and for the reasons set forth in its accompanying memorandum of law, plaintiff respectfully requests that this Court dismiss defendant's counterclaims in their entirety and, given the aforesaid waiver, that defendant be denied any right to replead the same.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**
HFD 216389.1

Dated at Hartford, Connecticut this 12th day of November, 2010.

**PLAINTIFF,**
**BANK OF AMERICA, N.A.**

/s/Donald E. Frechette
Donald E. Frechette, Esq.
Edwards, Angell, Palmer & Dodge LLP
20 Church Street
Hartford, CT  06103
Phone:(860) 525-5065
Facsimile: (860) 527-4198

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of November, 2010, the foregoing was filed with the Court electronically and served by regular first class mail, postage prepaid, upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Donald E. Frechette
Donald E. Frechette, Esq.