## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: |
| | : | 3:10-cv-987 (MRK) |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | NOVEMBER 18, 2010 |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to *Federal Rule* and *Local Rule of Civil Procedure* 56, plaintiff, Bank of America, N.A. ("BOA"), through its undersigned counsel, hereby moves for summary judgment with respect to the claim set forth in its first amended complaint dated August 24, 2010 (the "*Complaint*") against defendant, Samuel Klein ("Klein").

Summary judgment should enter in favor of BOA because there are no genuine issues of material fact, and BOA is entitled to judgment as a matter of law with respect to the matters pled in the *Complaint*. In particular, and as the memorandum of law and declaration submitted herewith establish, Klein is the guarantor of a loan made to an entity owned and controlled by him – Agrippa, LLC ("Agrippa"). Agrippa is in default of that loan, and Klein has failed to pay BOA in accordance with his guaranty. As such, BOA has established its entitlement to relief herein as a matter of law.

WHEREFORE, BOA respectfully request that summary judgment enter in its favor with respect to the claim pled by it in the *Complaint*.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

HFD 217191.1

- 2 -

Dated at Hartford, Connecticut, this 18th day of November, 2010.

        Plaintiff,
        BANK OF AMERICA, N. A.

        BY__/s/ Donald E. Frechette_____
           Donald E. Frechette, Esq. (ct 08930)
           Edwards Angell Palmer & Dodge LLP
           20 Church Street, 20th Floor
           Hartford, CT  06103
           (860) 525-5065
           (860) 527-4198 (Fax)
           Email: dfrechette@eapdlaw.com

        Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2010, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

        __/s/Donald E. Frechette_____
        Donald E. Frechette, Esq. (ct 08930)

HFD 217191.1