UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

---------------------------------------------------------------------x
BANK OF AMERICA, N.A.                  :
                                       :
    Plaintiff,                         :   CIVIL ACTION NO.
                                       :   3:10-CV-00987 (MRK)
v.                                     :
                                       :
SAMUEL KLEIN                           :
                                       :
    Defendant.                         :   November 18, 2010
---------------------------------------------------------------------x

## DEFENDANT'S MOTION TO DISQUALIFY
## PLAINTIFF'S COUNSEL

The Defendant, Samuel Klein, hereby moves that the Court enter an order disqualifying the Plaintiff's attorneys and their law firm, Edwards Angell Palmer & Dodge LLP ("Edwards & Angell") from representing the Plaintiff in the above-captioned action. As is more fully set forth in the accompanying Memorandum of Law, Edwards & Angell previously represented the Defendant in two separate cases which are substantially related to the instant litigation, and as a result gained access to relevant confidential information. Accordingly, the Rules of Professional Conduct and applicable case law require that all attorneys affiliated with Edwards & Angell be disqualified.

                DEFENDANT SAMUEL KLEIN,

   By:  /s/ Andrew B. Nevas
        Andrew B. Nevas
        Federal Bar No. ct05059
        LEVETT ROCKWOOD P.C.
        33 Riverside Avenue
        P.O. Box 5116
        Westport, CT  06881
        Telephone:  (203) 222-0885
        Facsimile:  (203) 226-8025
        Email:  anevas@levettrockwood.com

**CERTIFICATION**

      I hereby certify that on November 18, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

      /s/ Andrew B. Nevas
Andrew B. Nevas
Federal Bar No. ct05059
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT  06881
Telephone:  (203) 222-0885
Facsimile:  (203) 226-8025
Email:  anevas@levettrockwood.com

196699