UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

---

```
-------------------------------------------------------------------x
BANK OF AMERICA, N.A.                    :
                                         :
       Plaintiff,                        :    CIVIL ACTION NO.
                                         :    3:10-CV-00987 (MRK)
v.                                       :
                                         :
SAMUEL KLEIN                             :
                                         :
       Defendant.                        :    November 24, 2010
-------------------------------------------------------------------x
```

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, Samuel Klein, moves for an extension of time until 30 days after the Court rules on the Defendant's Motion to Disqualify Plaintiff's Counsel dated November 18, 2010 within which to respond to Plaintiff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) dated November 12, 2010.  The response is currently due on December 3, 2010.  This is the first request for an extension of this deadline.

The Defendant also moves for an extension of time until 30 days after the Court rules on the Defendant's Motion to Disqualify within which to respond to Plaintiff's Motion for Summary Judgment dated November 18, 2010 and Motion for Prejudgment Remedy dated November 18, 2010.  The responses are currently due on December 9, 2010.  This is the first request for an extension of these deadlines.

The Defendant also moves for an extension of time until 30 days after the Court rules on the Defendant's Motion to Disqualify within which to answer and/or object to Plaintiff's First Set of Interrogatories and Request for Production of Documents dated October 12, 2010, First Set of Requests for Admission dated October 12, 2010, and Second Set of Requests for Admissions

dated October 14, 2010. The answers and objections to all are currently due on December 13, 2010. This is the second request for an extension of these deadlines.

Defendant's counsel has inquired of opposing counsel, but despite diligent effort cannot ascertain opposing counsel's position.

The Defendant has, concurrent with the filing of the instant motion, filed a Motion for Stay, and hereby incorporates by reference all of the arguments therein, which set forth good cause for the granting of this motion.

                                      DEFENDANT SAMUEL KLEIN,

                          By:  /s/Andrew B. Nevas
                                 Andrew B. Nevas
                                 Federal Bar No. ct05059
                                 LEVETT ROCKWOOD P.C.
                                 33 Riverside Avenue
                                 P.O. Box 5116
                                 Westport, CT  06881
                                 Telephone:  (203) 222-0885
                                 Facsimile:  (203) 226-8025
                                 Email:  anevas@levettrockwood.com

**CERTIFICATION**

I hereby certify that on November 24, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

/s/Andrew B. Nevas
Andrew B. Nevas
Federal Bar No. ct05059
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT  06881
Telephone:  (203) 222-0885
Facsimile:  (203) 226-8025
Email:  anevas@levettrockwood.com

197138