UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BANK OF AMERICA, N.A., | : |
| Plaintiff, | : CIVIL ACTION NO: |
| | : 3:10-cv-987 (MRK) |
| v. | : |
| | : |
| SAMUEL KLEIN, | : |
| | : |
| Defendant. | : AUGUST 1, 2012 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S *OPPOSITION*

Pursuant to *D. Conn. L. Civ. R.* 7(b) and *Fed R. Civ. P.* 6, the plaintiff, Bank of America, N.A. ("Plaintiff"), through its undersigned counsel, hereby moves for an extension of time of ten (10) days, up through and including August 13, 2012, to file a reply to defendant Samuel Klein's ("Defendant") O*pposition* to Plaintiff's motion for summary judgment, dated July 20, 2012. Dkt. No. 188.

Good cause exists for the extension requested because undersigned counsel requires additional time to research and prepare a response to the aforementioned *Opposition*. Counsel for Plaintiff, Donald Frechette, has conferred with counsel for Defendant, and Attorney Cassone has confirmed Defendant's consent to the extension of time requested herein. This is the first such motion for extension of time filed by Plaintiff with respect to the *Opposition*.

America 17057535.1

Dated at Hartford, Connecticut, this 1st day of August, 2012.

        PLAINTIFF,
        BANK OF AMERICA, N.A.

BY   /s/ Tara L. Trifon
     Donald E. Frechette (ct08930)
     Tara L. Trifon (ct28415)
     Edwards Wildman Palmer LLP
     20 Church Street, 20th Floor
     Hartford, CT 06103
     Phone: (860) 525-5065
     Fax: (860) 527-4198
     Email: dfrechette@edwardswildman.com
     Email: ttrifon@edwardswildman.com

     Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

            /s/ Tara L. Trifon
            Tara L. Trifon