UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: |
| | : | 3:10-cv-987 (MRK) |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | SEPTEMBER 5, 2012 |

### BANK OF AMERICA, N.A.'S OBJECTION TO DEFENDANT'S MOTION FOR PERMISSION TO FILE LOCAL RULE 56 (a) (2) STATEMENT

Plaintiff, Bank of America, N.A. ("BOA"), respectfully objects to *Defendant's Motion For Permission To File Local Rule 56 (a) (2) Statement*, dated August 31, 2012 [Dkt. No. 193] (the "*Motion*"). In particular, the "statement" that was attached to the *Motion* as Exhibit A, and which defendant proposes to file with this court, still fails to comply with the provisions of the local rules of this district. As such, its filing would be futile and, accordingly, should not be permitted.

In further support, BOA respectfully incorporates its accompanying memorandum of law.

Dated at Hartford, Connecticut, this 5th day of September, 2012.

Plaintiff,
BANK OF AMERICA, N. A.

BY  /s/Donald E. Frechette
Donald E. Frechette, Esq. (ct 08930)
Tara L. Trifon, Esq. (ct28415)
Edwards Wildman Palmer LLP
20 Church Street, 20th Floor
Hartford, CT  06103
(860) 525-5065
(860) 527-4198 (Fax)
Email: dfrechette@edwardswildman.com
Email: ttrifon@edwardswildman.com

America 17097244.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2012, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                              /s/Donald E. Frechette
                                        Donald E. Frechette, Esq. (ct 08930)